IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 7/26/05
TIME: 9:05 AM
INITIALS: JPW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 04-20424-Ml |
| LATONYA R. STEPHENS, | ) |
| Defendant, | ) |

### ORDER GRANTING GOVERNMENT'S ORAL MOTION
### TO DISMISS COUNTS 2 THROUGH 5

This cause came to be heard before the court at the sentencing hearing held this date upon the oral motion of counsel for the United States to dismiss counts 2 through 5 of the indictment in this case as to defendant Latonya R. Stephens, and it appears to the Court that the plea agreement in this case having been accepted and sentence imposed on count 1 of the indictment, the government's motion is well taken and should be granted.

**SO ORDERED** this 26 day of July, 2005.

JON PHIPPS MCCALLA
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:04-CR-20424 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT