FILED BY ___ D.C.

05 AUG 10 PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ___ D.C.

05 AUG -9 PM 1: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,         )
    Plaintiff,                              )
                                                  )
vs.                                                   )   CR. NO. 04-20424-01-Ml
                                                  )   MOTION GRANTED
LATONYA R. STEPHENS,             )
    Defendant.                           )

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Aug 10 2005
DATE

## MOTION TO EXTEND TIME FOR FILING NOTICE OF APPEAL

Comes now Latonya R. Stephens, Defendant, by and through her counsel, Robert C. Irby, and respectfully moves the Court pursuant to Rule 33(b)(2), Fed. R. of Criminal Procedure, for an extension of the time in which a notice of appeal may be filed pursuant to said Rules, and in support of which would show unto the Court the following:

1. The Defendant does not want to appeal or intend to appeal the sentence imposed by the Court; Defendant merely seeks to preserve the time period while the Defendant prays the Court in another motion, a motion asking a question about the law on which the sentence imposed by the Court was based, and asking the Court to reconsider the sentencing based upon hardship to the Defendant's infant child;

2. The Judgment In A Criminal Case, signed by the Court on July 26, 2005, was entered on the docket sheets on July 26, 2005, but this counsel did not receive his copy in the mail until August 2, 2005;

3. Ten days after the entry of the Judgment expires on August 9, 2005;

4. Defendant merely seeks to preserve things while asking the Court for a

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-11-05

(79)

clarification of the sentencing, and really has no intention of filing an appeal;

5. Therefore, Defendant Stephens respectfully moves the Court for an extension of time, fourteen days, in which to file a notice of appeal in this cause.

Respectfully Submitted,

*[signature]*

Robert C. Irby, Atty., BPR08472
4345 Mallory Ave. East
Memphis, Tennessee 38111
682-7775
August 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion will have been delivered to the intake window at the office of Mr. Carroll Andre, Esq., AUSA, 167 No. Main St., 8th Floor, Memphis, Tennessee 38103, by hand, before the Court sees it.

*[signature]*

Robert C. Irby
August 9, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:04-CR-20424 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT