IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 30 PM 4: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CASE NO. 2:04CR20424-Ml |
| ) | |
| LATONYA STEPHENS ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER TO SURRENDER

The defendant, Latonya Stephens, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **WEST TENNESSEE DETENTION FACILITY, 6299 Finde Naifeh, Jr. Drive, Mason, TN 38049** by **2:00 p.m.** on **FRIDAY, SEPTEMBER 30, 2005**[1].

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the 30 day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

---

1. The defendant was designated by the Bureau of Prisons to report to the West Tennessee Detention Facility on Wednesday, August 31, 2005. However, there is currently set on Friday, September 2, 2005 at 10:00 AM, a hearing on the defendant's Motion For Clarification or Resentencing which could affect the defendant's sentence. Therefore, the Court is delaying the defendant's reporting date for one month.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-31-05

86

## ACKNOWLEDGMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.

Signed and acknowledged before me on _____

_____            _____
**Clerk/Deputy Clerk**                            **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:04-CR-20424 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable Jon McCalla
US DISTRICT COURT